21-cr-164 NEB/BRT

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(d)(1) |
| v. | ) | 18 U.S.C. § 924(e)(1) |
| | ) | 28 U.S.C. § 2461(c) |
| SAMSON DIAMONTE XAVIOR-SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Felon in Possession of a Firearm – Armed Career Criminal)

On or about June 25, 2021, in the State and District of Minnesota, the defendant,

**SAMSON DIAMONTE XAVIOR-SMITH,**

having been previously convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year, and at least three of which were violent felonies committed on occasions different from one another, namely,

| Crime | Jurisdiction of Conviction | Date of Conviction (in or about) |
|---|---|---|
| Felon in Possession of a Firearm | Ramsey County | February 2014 |
| Simple Robbery | Ramsey County | August 2019 |
| Felony Domestic Assault | Ramsey County | October 2019 |
| Third-Degree Assault | Washington County | August 2020 |

and knowing he had been convicted of least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Sig Sauer, model P290RS, 9-millimeter-caliber

SCANNED
JUL 29 2021
U.S. DISTRICT COURT ST. PAUL

<u>United States v. Samson Diamonte Xavior Smith</u>

semiautomatic pistol, bearing serial number 26C019328, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

## **FORFEITURE ALLEGATIONS**

If convicted of Count 1 of this Indictment, the defendant,

**SAMSON DIAMONTE XAVIOR-SMITH,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms, ammunition, and accessories (including magazines) involved in, connected with, or used in any knowing violation of Title 18, United States Code, Section 922(g), including, but not limited to, a Sig Sauer, model P290RS, 9-millimeter-caliber semiautomatic pistol, bearing serial number 26C019328, and any other additional ammunition and accessories seized therewith.

A TRUE BILL

_____     _____
ACTING UNITED STATES ATTORNEY        FOREPERSON