UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-164 NEB/BRT

United States of America,

           Plaintiff,

v.                              **ORDER FOR APPOINTMENT OF COUNSEL**

Samson Diamonte Xavior-Smith,

           Defendant.

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that Steven Wright, Attorney ID 387336, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated: August 2, 2021                      *s/Becky R. Thorson*
                                                Honorable Becky R. Thorson
                                                United States Magistrate Judge